# COURT MINUTES
## United States Magistrate Judge Patrick M. Hunt

Date: 6/16/2015    Time: 11:00am

Defendant: Charles Haynes Elliott (J) ✓    J#: 07978-104    Case #: 15-6261-Seltzer

AUSA: Sean McLaughlin ✓    Attorney:

Violation: 18:1951

Proceeding: Report Re:Counsel    CJA Appt: Jonathan Friedman

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language:

Disposition:
Deft. was not able to hire own attorney

Deft sworn for counsel

CJA Attorney appointed Jonathan Friedman

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:   6/17/15    10:30am    Duty (Hunt)    Ftl  (previously set)
Prelim/Arraign or Removal:   6/25/15    11:00am    Duty (Valle)    Ftl  (previously set)
Status Conference RE:

D.A.R. 11:08:50    Time in Court: 5min

Page: 2