Filed by          D.C.

**Jun 23, 2015**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 15-60140-CR-HURLEY/HOPKINS
CASE NO. _____

18 U.S.C. § 1951(a)
18 U.S.C. § 981(a)(1)(C

UNITED STATES OF AMERICA

vs.

JOSEPH CUNNINGHAM JR.
and
CHARLES RAYFIELD HAYNES ELLIOTT,

                    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about June 11, 2015, in Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

### JOSEPH CUNNINGHAM JR.
### and
### CHARLES RAYFIELD HAYNES ELLIOTT,

did knowingly and willfully combine, conspire, confederate, and agree with each other and other

persons unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of

articles and commodities in commerce, by robbery, as the terms "robbery" and "commerce" are

defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did

agree and plan to take and obtain United States currency from persons and in the presence of

persons employed by, and persons patronizing, businesses and companies operating in interstate

1

and foreign commerce, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

On or about April 26, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

### JOSEPH CUNNINGHAM JR.,

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did take and obtain United States currency from persons and in the presence of persons employed by, and persons patronizing, the 7-Eleven store located at 1300 Northwest 2nd Avenue, Boca Raton, Florida, a business and company operating in interstate and foreign commerce, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3

On or about May 29, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

### JOSEPH CUNNINGHAM JR.,

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did take and obtain United States currency from persons and in the presence of persons employed by, and

persons patronizing, the 7-Eleven store located at 103 West Palmetto Park Road, Boca Raton, Florida, a business and company operating in interstate and foreign commerce, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 4

On or about June 7, 2015, in Broward County, in the Southern District of Florida, the defendant,

### JOSEPH CUNNINGHAM JR.,

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did take and obtain United States currency from persons and in the presence of persons employed by, and persons patronizing, the 7-Eleven store located at 6300 North Federal Highway, Fort Lauderdale, Florida, a business and company operating in interstate and foreign commerce, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 5

On or about June 7, 2015, in Broward County, in the Southern District of Florida, the defendant,

### JOSEPH CUNNINGHAM JR.,

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, as the terms "robbery" and "commerce" are defined in

3

Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did take and obtain United States currency from persons and in the presence of persons employed by, and persons patronizing, the 7-Eleven store located at 820 West McNab Road, Fort Lauderdale, Florida, a business and company operating in interstate and foreign commerce, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 6

On or about June 11, 2015, in Broward County, in the Southern District of Florida, the defendants,

### JOSEPH CUNNINGHAM JR.
### and
### CHARLES RAYFIELD HAYNES ELLIOTT,

did knowingly attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did plan to take and obtain United States currency from persons and in the presence of persons employed by, and persons patronizing, the CVS store located at 3580 North Federal Highway, Lighthouse Point, Florida, a business and company operating in interstate and foreign commerce, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 through 6 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18,

4

United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c).

2.      Upon conviction of any offense in violation of Title 18, United States Code, Section 1951, as alleged in Counts 1 through 6 of this Indictment, the defendants, **JOSEPH CUNNINGHAM JR.** and **CHARLES RAYFIELD HAYNES ELLIOTT**, shall forfeit to the United States, any property, real and personal, which constitutes, or is derived from, proceeds traceable to such violation. The property subject to forfeiture includes, but is not limited to, the following:

(a) Approximately $355.00 in United States currency.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_Thomas J. Mulvihill for_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. | |
|---|---|---|

**vs.**

**CERTIFICATE OF TRIAL ATTORNEY\***

**JOSEPH CUNNINGHAM JR. and**
**CHARLES RAYFIELD HAYNES ELLIOTT**

**Defendants.**

/   **Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s) _____ Yes _____ No
Number of New Defendants _____
Total number of counts _____

Miami _____   Key West _____
FTL   X   WPB _____   FTP _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)      No
      List language and/or dialect _____

4.    This case will take      6-10      days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

      (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | | Petty | |
| II | 6 to 10 days | X | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6.    Has this case been previously filed in this District Court?      NO      (Yes or No)
If yes:
Judge: _____      Case No. _____
            (Attach copy of dispositive order)
Has a complaint been filed in this matter?      YES      (Yes or No)
If yes:
Magistrate Case No.      15-6261-SELTZER
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of      6/10/15
Defendant(s) in state custody as of _____
Rule 20 from the District of _____

Is this a potential death penalty case?      No      (Yes or No)

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____Yes      X    No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____Yes      X    No

SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501121

Penalty Sheet(s) attached

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **JOSEPH CUNNINGHAM JR.**                    **Case No:** _____

Count: 1
Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** Twenty (20) years' imprisonment, $250,000 fine, and three (3) years of supervised release

Counts: 2-5
Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** Twenty (20) years' imprisonment, $250,000 fine, and three (3) years of supervised release

Count: 6
Attempted Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** Twenty (20) years' imprisonment, $250,000 fine, and three (3) years of supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **CHARLES RAYFIELD HAYNES ELLIOTT**          **Case No**: _____

Count: 1
Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:**  Twenty (20) years' imprisonment, $250,000 fine, and three (3) years of supervised release

Count: 6
Attempted Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** Twenty (20) years' imprisonment, $250,000 fine, and three (3) years of supervised release